UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In Re:

WILLARD L. SENSIBA
VALERIE M. SENSIBA,
                                                    No. 7-09-14716-SL

    Debtors.

## REPORT TO THE COURT OF UNCLAIMED
## FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY

    Pursuant to 11U.S.C. §347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $118.25 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amounts which they are entitled to be paid as listed here:

        First Light Federal Credit Union      $118.25
        P. O. Box 24901
        El Paso, Texas 79914

                                      **Respectfully submitted,**

                                      *{Electronic Signature}*
                                      **KIERAN F. RYAN**
                                      Trustee in Bankruptcy
                                      P.O. Box 26
                                      Las Cruces, NM 88004
                                      Phone: (575) 523-1515
                                      Fax: (575) 523-8833

    I hereby certify that a true and correct copy of the foregoing pleading was mailed to the above named claimant on this 15th day of October, 2010.

                                        *{Electronic Signature}*
                                        Kieran F. Ryan